IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

WILLIAM HUDDLESON, et al., :

    Plaintiffs, :     Case No. 3:05CV00356

vs. :     District Judge Thomas M. Rose
    Magistrate Judge Sharon L. Ovington

SUSAN STILES, Director, :
G.M.H.A., et al.,
    :
    Defendants.

## ORDER

The Court has reviewed *de novo* the Report and Recommendations (Doc. #3) of United States Magistrate Judge Sharon L. Ovington, to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations. The Court therefore **ORDERS** that:

1. The Report and Recommendations filed on November 15, 2005 (Doc. #3) is ADOPTED in full;

2. Plaintiffs' Complaint (Doc. #2) is DISMISSED;

3. The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of the dismissal of Plaintiffs' Complaint would not be taken in good faith, and consequently, leave to appeal *in forma pauperis* is DENIED; and

4. The case is terminated on the docket of this Court.

December 6, 2005                       **s/Thomas M. Rose**

                                                  Thomas M. Rose
                                            United States District Judge